Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

*Attorneys for Plaintiff*, Justin Cody Harper

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHELL MORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY KABLUYEN, DEPUTY PETERS, SERGEANT JIM EVANS AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:21-cv-00052-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE OF DALE K. GALIPO** |

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff's counsel Sharon J. Brunner and James S. Terrell associate in this action attorney Dale K. Galipo and the Law Offices of Dale K. Galipo, in representation of Plaintiff William Schell Morton.

Mr. Galipo and the Law Offices of Dale K. Galipo are hereby authorized to file motions, receive notices, and make necessary court appearances. The contact information for the Law Offices of Dale K. Galipo is as follows:

Dale K. Galipo, Esq.
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

DATED: October 11, 2024          LAW OFFICE OF SHARON J. BRUNNER

By: _____*s/ Sharon J. Brunner*_____
Sharon J. Brunner
Attorney for Plaintiff

DATED: October 11, 2024          LAW OFFICE OF JAMES S. TERRELL

By: _____*s/ James S. Terrell*_____
James S. Terrell
Attorney for Plaintiff

DATED: October 11, 2024          LAW OFFICES OF DALE K. GALIPO

By: _____*s/ Dale K. Galipo*_____
Dale K. Galipo
Attorney for Plaintiff

PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE OF DALE K. GALIPO