LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850; Fax: (760) 952-1085


LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997; Fax: (760) 843-8155

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHELL MORTON <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, DEPUTY KABLUYEN, DEPUTY PETERS, SERGEANT JIM EVANS, and DOES 1-10, inclusive <br><br> Defendants | Case No: 5:21-cv-00052-JGB-SHK <br><br> **DECLARATION OF JAMES S. TERRELL AND EXHIBITS** <br><br> Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgement; Declaration of James S. Terrell (with Exhibits);Proposed Order; *filed concurrently herewith*] |

**DECLARATION OF JAMES S. TERRELL**

1

I, James S. Terrell declare as follows:

1.  I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am counsel of record in the above-captioned case for Plaintiff I have personal knowledge of the following facts and if called upon to testify thereto, could and would do so competently.

2.  I was present and took the deposition of Ely Kirkendall on August 08, 2024, as part of this lawsuit.  Attached as **Exhibit 1** are the true and correct copies of the relevant pages from Defendant Kirkendall.

3.  I have attached COSB00139 which I can attest to was provided to me from the County of San Bernardino as a true and accurate record and is attached hereto as **Exhibit 2.**

4.  I have attached COSB00517-COSB00520, COSB00714-COSB00717 which I can attest to was provided to me from the County of San Bernardino as a true and accurate record and is attached hereto as **Exhibit 3.**

5.  I have attached COSB00137 which I can attest to was provided to me from the County of San Bernardino as a true and accurate record and is attached hereto as **Exhibit 4.**

6.  I was present and along with co-counsel, Sharon J. Brunner at the deposition of Plaintiff's expert Dr. Jeffrey Metzner, as a part of this lawsuit, on

Declaration of James S. Terrell

September 05, 2024. Attached as **Exhibit 5** are the true and correct copies of the relevant pages from Dr. Metzner's deposition.

7.  I was present and assisted co-counsel in the deposition of Dr. Aziz on August 07, 2024, as part of this lawsuit.    Attached as **Exhibit 6** are the true and correct copies of the relevant pages from Defendant Dr. Azizi.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 15th day of October, 2024 at Victorville, California.

    */s/JAMES S. TERRELL*
**JAMES S. TERRELL**

---

3

Declaration of James S. Terrell

# EXHIBIT 1

1            UNITES STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4    WILLIAM SCHELL MORTON,

5            Plaintiff,

6        vs.                    Case No.: 5:21-cv-0052-JGB (SHKx)

7    COUNTY OF SAN BERNARDINO, et al.,

8            Defendants.

9    _____

     AND RELATED ACTIONS

10   _____

11

12

13

14

15            DEPOSITION

16            Ely Kirkendall

17            Volume 1

18        Thursday, August 8, 2024

19            10:00 a.m.

20          Chino, California

21      Kathy L. Pa'u, CSR No. 5684

22

23

24

25



```
1              Deposition of ELY KIRKENDALL

2               Thursday, August 8, 2024

3                   ELY KIRKENDALL was

4    called as a witness by and on behalf of the Plaintiff,

5    and having been first duly sworn, was examined and

6    testified as follows:

7

8                     EXAMINATION

9    BY MR. TERRELL

10      Q    Good morning.  Can you please state and spell

11   your name for the record, please?

12      A    Yes, it's Ely Kirkendall, E-L-Y

13   K-I-R-K-E-N-D-A-L-L.

14      Q    Okay.  And have you ever had your deposition

15   taken before?

16      A    No.

17      Q    Okay.  Have you ever testified in court before?

18      A    No.

19      Q    Okay.  Do you understand that you were sworn in

20   and you have a duty to tell the truth today?

21      A    Yes.

22      Q    Okay.  If I ask a question today and you don't

23   understand it would you please let me know if you don't

24   understand a question that I ask?

25      A    Yes.
```



ELY KIRKENDALL Vol. 1                                      August 08, 2024
MORTON vs COUNTY OF SAN BERNARDINO                                       2

```
 1    APPEARANCES OF COUNSEL:

 2

 3        For the Plaintiff:

 4
              Law Office of James Terrell
 5            BY:  JAMES S. TERRELL
                   ATTORNEY AT LAW
 6            15411 Anacapa Road
              Victorville, California 92392
 7            760.951.5850
              jim@talktoterrell.com
 8

 9        For the Defendants:

10
              Law Offices of Tyson & Mendes
11            BY:  MARK KIEFER
                   ATTORNEY AT LAW
12            515 South Flower Street, 18th Floor
              Los Angeles, California 90071
13            213.745.8600
              mkiefer@TysonMendes.com
14

15        For the Defendants:

16
              Law Offices of Cole Huber
17            BY:  DANIEL ROBERTS
                   ATTORNEY AT LAW
18            2855 E. Guasti Road, Suite 402
              Ontario, California 91761
19            droberts@colehuber.com

20

21

22

23

24

25
```



# EXHIBIT 2

Merida Sandra Social Worker I - CMHS POSTED ON 1/21/2019 5:10:28 PM PST                    Type: GROUP NOTE

Group Type: Social Skills B
Date Of Group: 1/21/2019
Practitioner:
Group Name: Social skills group B

Note: Pt. did not attend social skills group this afternoon.

Kirkendall Ely** CMHS Clinician POSTED ON 1/21/2019 4:56:25 PM PST                    Type: MH CLINICIAN

MH eval completed on 1/21/19.

Merida Sandra Social Worker I - CMHS POSTED ON 1/21/2019 4:55:16 PM PST                    Type: GROUP NOTE

Group Type: Social Skills A
Date Of Group: 1/21/2019
Practitioner:
Group Name: Social skills group A

Note: Pt. did not attend social skills group this morning.

Merida Sandra Social Worker I - CMHS POSTED ON 1/21/2019 4:53:55 PM PST                    Type: GROUP NOTE

Group Type: Social Skills B
Date Of Group: 1/21/2019
Practitioner:
Group Name: Social skills group B

Note: Pt. did not attend social skills group this morning.

Merida Sandra Social Worker I - CMHS POSTED ON 1/18/2019 4:31:49 PM PST                    Type: GROUP NOTE

Group Type: Social Skills B
Date Of Group: 1/18/2019
Practitioner:
Group Name: Social skills group B

Note: CMHS Social Worker went into unit to run social skills group however unit was out on rec.

Merida Sandra Social Worker I - CMHS POSTED ON 1/18/2019 4:30:56 PM PST                    Type: GROUP NOTE

Group Type: Social Skills A
Date Of Group: 1/18/2019
Practitioner:
Group Name: Social skills group A

Note: Pt. did not attend social skills group this afternoon.

Merida Sandra Social Worker I - CMHS POSTED ON 1/17/2019 4:10:36 PM PST                    Type: GROUP NOTE

Group Type: Social Skills B

# EXHIBIT 3



San Bernardino County SD
655 East Third Street
San Bernardino, CA 92415

4/20/2021 10:21:14 AM PDT

## CMHS PROGRESS NOTE SUICIDE FOLLOW-UP - Completed by: Kirkendall Ely** CMHS Clinician on

1/21/2019 4:37:09 PM PST

| | | | |
|---|---|---|---|
| **Patient:** MORTON, WILLIAM SCHELL | **#:** (1901370377) | **Lang:** | **PICTURE NOT AVAILABLE** |
| **DOB:** 12/18/1969 (Age=51) | **Sex:** M | **Race:** WHITE | |
| **Housing:** 34-1A-02-PT | **SSN#:** **HIDDEN** | **Court Date:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 1/11/2019 2:09:00 AM PST | **Release:** 3/23/2019 1:14:13 AM | |

## Progress Note Type:

○ Urgent/Emergent

○ Routine

○ Risk Assessment

● Suicide Follow-up

○ Crisis Response

## SUBJECTIVE/OBJECTIVE/ASSESSMENT/PLAN

S)

CMH met with IM for a 7 day follow up. IM denied SI and HI, denied hallucinantations but was actively RTIS. CMH observed CAH telling him to tell the CMH who he is and who he is affiliated with .Pt appears disheveled and reports he has not showered in week. IM states he rarely showered and only uses soap if he has soiled himself. Appetite is WNL. IM is Ox2 (person and place), IM unable to specify what month or year it is. IM stated that he is doing well in regards to others in his unit and getting along with others.

## THE FOLLOWING WAS ASKED OF PATIENT:

Patient currently experiencing suicidal ideation?

☐ Yes

☑ No

Patient expresses intent/plans to harm self?

☐ Yes

☑ No

Patient currently experiencing homicidal ideation?

☐ Yes

MORTON, WILLIAM SCHELL (1901370377)                    COSB00517

☑ No

Patient expresses intent/plans to harm anyone else?

☐ Yes

☑ No

Patient is Oriented x4 (person, place, time, and reason)?

☐ Yes

☑ No

## O)

**THE FOLLOWING WAS OBSERVED DURING ASSESSMENT:**

**Alertness/Attentiveness:**

☐ Attentive

☐ Distracted

☐ Responding to I/S

☑ Confused/Slowed

**Thought Process/Speech:**

☐ WNL/Logical/Coherent

☑ Slowed/Blocking

☐ Disorganized/Incoherent

☐ Rapid/Pressured

**Thought Content:**

☐ WNL

☐ Grandiose

☑ Suspicious/Paranoid

☐ Delusional/Bizarre

**Treatment Amenability:**

☐ Motivated

☐ Agreeable

☑ Indifferent

☐ Refusing

**Appearance/Hygiene:**

☐ Adequate

☐ Unkempt/Fair

☑ Disheveled/Poor

MORTON, WILLIAM SCHELL (1901370377)                    COSB00518

**Behavior:**

☑ Cooperative/Appropriate

☐ Bizarre/Inappropriate

☐ Belligerent/Hostile

**Mood:**

☑ Euthymic/WNL

☐ Expansive/Elevated

☐ Irritable/Dysphoric

**Affect:**

☐ WNL

☐ Labile/Inappropriate

☑ Blunted/Flat

CMHS asked pt "how are you getting along with others in your tank?", "have you spoken to the psychiatrist?" "how is your mood? are you having any thoughts of wanting to harm yourself or others?" and "ADL's"

IM reported he is doing well and getting along with others. IM states that he saw the psychiatrist and waiting for his meds- "seroquel" (in Psych notes, IM did not see the psychiatrist, he refused his appt on 1/20/19). IM reports not showering and not sleeping well do to "light sensitivity."

CMHS validated IM feelings and provided active listening. CMHS encouraged IM to improve his routine for ADL's. Educated on how to ask for help if he begins to feel like he wants to harm himself or anyone else.

A)

IM is a 49 year old male who denied any SI or HI. presents with psychosis (RTIS & delusions). Oriented x2. IM thought process was slowed and blocking. IM had poor insight, fair judgement, poor hygiene and appeared disheveled. Speech was slowed as well as motor activity.

P)

PT will be seen for a 28 day SW F/U.

**Schedule Clinical Therapist Follow-up:**

☐ 3 months

☐ 2 months

☐ 1 month

☐ 1 week

☐ Other

**Schedule Mental Health RN Follow-up:**

☐ 3 months

MORTON, WILLIAM SCHELL (1901370377)                    COSB00519

- [ ] 2 months
- [ ] 1 month
- [ ] 1 week
- [ ] Other

**Schedule Case Manager Follow-up:**

- [ ] 3 months
- [ ] 2 months
- [ ] 1 month
- [ ] 1 week
- [ ] Other

MORTON, WILLIAM SCHELL (1901370377)                    COSB00520



San Bernardino County SD
655 East Third Street
San Bernardino, CA 92415

4/20/2021 10:22:53 AM PDT

## MENTAL HEALTH EVALUATION - Completed by: Kirkendall Ely** CMHS Clinician on 1/21/2019 4:55:19 PM PST

| Patient: MORTON, WILLIAM SCHELL | #: (1901370377) | Lang: |
| --- | --- | --- |
| DOB: 12/18/1969 (Age=51) | Sex: M | Race: WHITE |
| Housing: 34-1A-02-PT | SSN#: **HIDDEN** | Court Date: |
| Status: NOT ACTIVE | Booking Date: 1/11/2019 2:09:00 AM PST | Release: 3/23/2019 1:14:13 AM |

Chief Complaint/Presenting Problem:

PT was seen and was cooperative in behavior with a slow thought process. Pt had fair eye contact, Ox2, delusional, and RTIS. pt presented with poor hygiene: malodorous/not showering. Pt denied SI and HI.

pt chief complaint was that he needed to be on his medication: "seroquel"

**Suicide/Violence Assessment:**

Current Suicidal Ideation and Behavior:

Denies

Past Suicidal Ideation/Attempts (dates and methods):

hx of SA and aggression. Hx of 5150's and hospitlaizations. "numerous times"

PT was unable to specify specific dates/years

Current Violent/Assaultive Ideas/Behavior:

denies

Past Violent/Assaultive Behavior:

Hx of 5150's and hospitlaizations for aggression/assaultive. PT was unable to specify specific dates/years

Past Psychiatric History and Treatment:

Hx of 5150's and hospitlaizations for DTS and DTO. PT was unable to specify specific dates/years

Medical History:

Pt denied any medical problems/concerns

MORTON, WILLIAM SCHELL (1901370377)                    COSB00714

Allergies:

None

Abuse History:

denied

Family Psychiatric History:

Father: Mential Illness (unable to specify)

Legal History:

hx of arrests/ assault and battery

Developmental/Social History:

pt states he has a good relationship with his mother

Substance Use History:

hx of THC and AMPH-

Strengths and Assets and/or Deficiences:

pt identifilies his stregth as his mother/family

## Mental Status Examination:

### Orientation:

☐ Unimpaired          ☑ Person          ☑ Place
☐ Time                ☐ Situation

Comments/Other:

did not know what month or year and delusional about situation

### Memory:

☐ Unimpaired          ☐ Immediate deficit          ☑ Short term deficit
☐ Long term deficit

Comments/Other:

### Appearance:

☐ Well groomed          ☐ Mildly Unkempt          ☑ Disheveled

Comments/Other:

### Demeanor:

MORTON, WILLIAM SCHELL (1901370377)                    COSB00715

☐ Spontaneous                  ☑ Cooperative                  ☐ Mistrustful
☐ Preoccupied                  ☐ Demanding                    ☐ Hostile

Comments/Other:

## Psychomotor Activity:

☐ Normal                       ☐ Increased                    ☑ Decreased

Comments/Other:

## Speech:

☐ Appropriate                  ☐ Coherent                     ☐ Incoherent
☐ Rapid                        ☑ Pressured                    ☐ Loud
☐ Soft                         ☐ Perseveration                ☐ Word Salad
☐ Mute

Comments/Other:

## Mood:

☑ Euthymic                     ☐ Depressed                    ☐ Anxious
☐ Angry                        ☐ Irritable                    ☐ Elated

Comments/Other:

## Affect:

☐ Appropriate                  ☑ Flat                         ☐ Blunted
☐ Expansive                    ☐ Euphoric                     ☐ Anxious
☐ Labile                       ☐ Irritable                    ☐ Angry

Comments/Other:

## Thought Process:

☐ Appropriate                  ☐ Goal directed                ☐ Tangential
☐ Circumstantial               ☐ Flight of Ideas              ☑ Loosening of Associations

Comments/Other:

## Thought Content:

☐ Appropriate/No abnormalities noted

Comments/Other:

delusional, ah

MORTON, WILLIAM SCHELL (1901370377)                              COSB00716

**Delusions:**

☐ Persecution                ☐ Grandiose

Comments/Other:

pt delusional regarding where he is and where he works. pt making delusional statements regarding the Joint Chief of Staff.

**Hallucinations:**

☑ Auditory                ☐ Visual                ☑ Command

Comments/Other:

Command to tell CMHS things about his work and the joint chief of state

☐ Obsessions            ☐ Compulsions            ☐ Phobias
☐ Hopelessness          ☐ Worthlessness          ☐ Loneliness
☐ Guilt                 ☐ Self Deprecation

Comments/Other:

**Insight:**

☐ Good                ☐ Fair                ☑ Poor

Comment:

**Judgment:**

☐ Good                ☑ Fair                ☐ Poor

Comment:

Suicidal Ideation:

☐ Yes
☑ No

Comment:

denied

Suicide Plan:

☐ Yes
☑ No

Comment:

denied

Homicidal Ideation:

MORTON, WILLIAM SCHELL (1901370377)                COSB00717

# EXHIBIT 4

I/M seen in MH intake upon return from ARMC ER. When asked why he banged his head, "Save my family's life"

Get the deputy's attention", "They gave me Seroquel". AH - " I work with the joint chief of staff", VH - no response.I/M intially seen on Unit 1 when he banged his head on cell and sustained a laceration. Now in MH intake upon return from ER. Still unable to respond verbally to answer screening questions. I/M received psych medications at ER. Will be placed on SW. Unable to get any history from I/M at this time. Placed onto SW and safety cell.

SOAP NOTE BY: Cassiano* Cheryl RN POSTED ON 1/27/2019 4:26:29 AM PST                    Type: MH NURSE

### Subjective

"I need to reset"
(Incoherent mumbling)
"CAN YOU PLEASE HELP ME RESET MYSELF!?!?!"

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | SaO2: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

Late entry - I/M seen at 0130 in cell on Unit 1 per Sgt request, refusing to cuff up and come out to go to the ER after banging head and sustaining laceration. I/M has very long, messy hair covering his face, very disheveled and appears dirty. Blood smears on cell window and on his face. Unable to see laceration through his hair and I/M is unable to follow directions to show his face or come to the door and cuff up. Keeps standing in front of the wall mumbling to himself. I/M unable to respond to any of MHRN's questions or requests. After much prompting and encouragement from MHRN and deputies, I/M came out and was sent to ER. Screaming all the way to the intake area "CAN YOU PLEASE HELP ME RESET MYSELF!?!?!"

### Assessment

UTA
I/M extremely psychotic and RTIS
Head injury

### Plan

Assess for SI upon return from ER
Encourage I/M to accept the MH appts that have already been scheduled and has been refusing

JmsControllerWellnessChecksGroupNote POSTED ON 1/25/2019 6:09:04 PM PST                Type: GROUP NOTE

The patient was Admited to Wellness Checks when moved to 34-1C-16-.

Kirkendall Ely** CMHS Clinician POSTED ON 1/25/2019 5:07:14 PM PST                    Type: MH CLINICIAN

Went to assess PT due to erratic behavior. Pt was seen outside in the Rec RTIS. PT was agitated, hostile, and yelling profanities. Pt had been yelling in his tank per deputies and escalating others. PT appears OOC, uncooperative, and actively RTIS. PT yells that he does not want to speak to anyone. He is pacing. He does deny SI and HI. Pt is not actively trying to harm himself, but do to escalation is kicking the door and running into the door. Due to behaviors and inability to deescalate pt- he was stepped up to SMIL Unit 1.

Merida Sandra Social Worker I - CMHS POSTED ON 1/24/2019 5:03:43 PM PST                Type: GROUP NOTE

Group Type: Social Skills B
Date Of Group: 1/24/2019
Practitioner:

MORTON, WILLIAM SCHELL (1901370377)                                            COSB00137

# EXHIBIT 5

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case No. 5:21-cv-00052-JGB (SHKx)

------------------------------------------------------------

WILLIAM SCHELL MORTON

    Plaintiff,

vs.

COUNTY OF SAN BERNARDINO; DEPUTY
KABLUYEN; DEPUTY PETERS; SERGEANT
JIM EVANS; AND DOES 1-10, INCLUSIVE

    Defendants.

------------------------------------------------------------

DEPOSITION OF OF DR. JEFFREY L. METZNER

September 5, 2024

Chelsea Winborne, CVR, Notary Public
1194914



**BARKLEY**
*Court Reporters*
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine    (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose    (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento    (800) 222-1231 Martinez    (702) 366-0500 Las Vegas    (800) 222-1231 Monterey
(951) 686-0606 Riverside    (818) 702-0202 Woodland Hills    (702) 366-0500 Henderson    (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn    (518) 490-1910 Albany    (914) 510-9110 White Plains
(312) 379-5566 Chicago    00+1+800 222 1231 Paris    00+1+800 222 1231 Dubai    001+1+800 222 1231 Hong Kong

1    Remus Dilig, Emily Newton, Kayla Peters, and Jarred

2    Kabluyen.

3              THE VIDEOGRAPHER:  Will the court reporter

4    please swear in the witness.

5                   JEFFREY L. METZNER, M.D.

6    having been first duly sworn/affirmed, was examined and

7    testified as follows:

8                        EXAMINATION

9    BY MR. KIEFER:

10        Q.   Good morning, Dr. Metzner.

11        A.   Good morning.

12        Q.   This obviously is a deposition in the case of

13   William Morton, and you've had your deposition as -- taken

14   as an expert before, correct?

15        A.   Correct.

16        Q.   I'm going to try to keep my voice up because it

17   was a little loud -- I'm sorry, low, because I am being

18   picked up by your microphone.  We have a setup here where

19   some attorneys are distant, and we've set up for a Zoom

20   link, and I'll be sharing documents.  But we also probably

21   have documents on paper you and I can look at.  But we

22   have both in-person and remote going on.

23        That stated, are you familiar with the admonitions

24   for deposition that are customarily given with regard to

25   wait until I finish speaking, don't speculate, tell the

7

DR. JEFFREY L. METZNER

1   Seroquel.  That -- that should have been done both by

2   policy and by standard of care.  So that's my answer to

3   you.

4      Q.   What, in fact, did the omission in the -- in the

5   intake screening form of information about the assault on

6   a paramedic and kicking at the window of the car have, in

7   your opinion, if any, on Mr. Morton's subsequent care over

8   the next month until he self-enucleated?

9      A.   I think that that might have gotten a

10  psychiatric evaluation done sooner than it eventually got

11  done because that's clear, particularly in the context of

12  his subsequent behaviors that his behavior the same that

13  got him in either suicide watch cell and, shortly

14  thereafter, restrained, was not de novo.  That had

15  happened at his home, and it should have emphasized the

16  need for a psychiatric evaluation and to try to medicate

17  him.

18     Q.   But even without that information from arresting

19  officers, intake was able to determine right at the very

20  beginning that Mr. Morton was seriously mentally ill,

21  right?

22     A.   Yes, which unfortunately didn't result in a

23  psychiatric evaluation for some time.

24     Q.   And part of the reason it didn't involve --

25  result in psychiatric evaluation for some time was that

177

1    Mr. Morton refused his appointment on January 20th, right?

2        A.    Well, I think January 20th is already too late

3    That's not timely, not when someone's psychotic and has

4    engaged in dangerous behavior to himself or others.  So

5    that's -- even if he'd been seen on January 20th, I would

6    tell you that that wasn't a timely assessment.

7        Q.    The reason he wasn't seen on January 20th was

8    because he refused, right?

9        A.    That's my understanding.

10       Q.    Okay.  The next paragraph down, you write "A

11   January 13th, 2019, suicide intake risk assessment

12   determined that an initial referral to a psychiatrist was

13   not needed.  Such an assessment was inaccurate."

14       That's the no box on Nurse Dilig's form that we've

15   already talked about, right?

16       A.    Yes.

17       Q.    Do you still have that note by Nurse Dilig there

18   handy in front of you?

19       A.    Yes.

20       Q.    From January 13?

21       A.    Yes.  We're talking about the Suicide Note

22   Suicide Intake Risk Assessment?

23       Q.    I'm trying to see which of the -- because you're

24   right, there were a couple forms that day.  Just trying to

25   make sure that I'm looking at the right one so I can guide

REPORTER'S CERTIFICATE

I, Chelsea B. Winborne, Certified Verbatim Reporter and Notary Public within and for the State of Colorado, commissioned to administer oaths, do hereby certify that previous to the commencement of the examination, the deponent was duly sworn/affirmed by me to testify the truth in relation to matters in controversy between said parties.

I further certify that this deposition was taken through the use of the voice-writing method by me at the time and place herein set forth and thereafter reduced to a typewritten form; that the foregoing constitutes a true and correct transcript to the best of my ability.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

*Chelsea B. Winborne*
Chelsea B. Winborne
Certified Verbatim Reporter
Magna Legal Services

# EXHIBIT 6

1          UNITED STATES DISTRICT COURT FOR THE

2             CENTRAL DISTRICT OF CALIFORNIA

3

4   WILLIAM SCHELL MORTON,        )
                                  )
5              Plaintiff,         )
                                  )
6   vs.                           )    Case No.:
                                  )    5:21-cv-00052-
7   COUNTY OF SAN BERNARDINO,     )    JGB-SHK
    DEPUTY KABLUYEN, DEPUTY       )
8   PETERS, SERGEANT JIM EVANS    )
    AND DOES 1-10, INCLUSIVE,     )
9                                 )
               Defendants.        )
10  _____)

11

12

13        REMOTE DEPOSITION OF DR. HAFIZULLAH AZIZI

14                   AUGUST 7TH, 2024

15             RANCHO CUCAMONGA, CALIFORNIA

16

17

18

19

20

21

22

23

24  JOB NO.:       J11589992
    REPORTED BY:   MARIE WILSON
25                 CSR NO. 13480



DR. HAFIZULLAH AZIZI
MORTON V. SAN BERNARDINO

August 07, 2024

6

1          RANCHO CUCAMONGA, CALIFORNIA;

2       WEDNESDAY, AUGUST 7TH, 2024, 9:03 A.M.

3

4            DR. HAFIZULLAH AZIZI,

5   having first been duly sworn, testified as follows:

6                ---oOo---

7              EXAMINATION

8   BY MS. BRUNNER:

9       Q.   Good morning, doctor.  My name is Sharon

10  Brunner, and I'm with my partner Jim Terrell, who is

11  also present in the room.  We'll be taking your

12  deposition today.

13      A.   Good morning.

14      Q.   Can you hear me okay?

15      A.   Yes, I can.

16      Q.   Okay.  Now, along with my partner Jim Terrell,

17  we represent William Morton in a lawsuit against the

18  County of San Bernardino and some deputies, yourself and

19  some medical individuals concerning an incident that

20  ultimately occurred on February 7th, 2019.

21          Are you familiar with that date?

22      A.   I reviewed the chart that was my own notes, so

23  am familiar with my own notes and can answer based on

24  that.

25      Q.   Most of my questions are going to be centered



DR. HAFIZULLAH AZIZI
MORTON V. SAN BERNARDINO

August 07, 2024
10

1  Afghanistan.

2      Q.   And what was the year on that?

3      A.   1997.

4      Q.   Okay.  Did you complete an internship?

5      A.   I did my residency in Albany Medical Center,

6  Albany Medical College in Albany, New York.  Not only

7  internship but entire four years of residency, including

8  a specialty in psychiatry.

9      Q.   Okay.  And what year was that completed?

10     A.   2012.

11     Q.   Are you board certified in psychiatry?

12     A.   I am.

13     Q.   Do you recall the year that you became

14 certified?

15     A.   2016.

16     Q.   Okay.  Does that board require any renewals?

17     A.   Yes, I'm current on all of these renewals.

18     Q.   Are you board certified in any other

19 specialty?

20     A.   No, I'm not.

21     Q.   Who is your current employer, Dr. Azizi?

22     A.   I work for Liberty Health as an independent

23 contractor.

24     Q.   Is that the only organization that you

25 currently are independently contracted with?



DR. HAFIZULLAH AZIZI                                    August 07, 2024
MORTON V. SAN BERNARDINO                                          11

1       A.   No.

2       Q.   Okay.  What are the names of the other

3  agencies?

4       A.   I also work for CDCR, California Department of

5  Correction, as an employee.

6       Q.   And would that be in the prison setting?

7       A.   The correctional department, yes.

8       Q.   When did you first become contracted with

9  Liberty?

10      A.   I believe the end of 2016, maybe December or

11  November, sometime at that point.

12      Q.   And based on that contract with Liberty, where

13  was your first assignment?

14      A.   I don't recall, but I was working part time

15  with them, and my assignment would be different time to

16  time, whenever they need -- need me, they would assign

17  me to that unit.

18      Q.   So my question is, when you became contracted

19  as an independent contractor with Liberty, did your

20  first assignments -- or was it West Valley Detention

21  Center?

22      A.   Well, yes, in that regard, I was always with

23  West Valley Detention Center, yes.

24      Q.   And, again, that was from 2016 forward

25  continuously?



1        THE WITNESS:  Are you asking why did I

2   evaluate him for AIMS?

3        MS. BRUNNER:  No.

4    Q.   I'm looking at your assessment and you have

5   checked at almost every single box -- I think every box

6   a zero, and does this row stand for there not being any

7   movement, including frowning, blinking, smiling or

8   grimacing?  I'm not clear on what that means.

9    A.   So, again, particular involuntary movement.

10  There could be movement, but involuntary movement that

11  is related to anti-psychotic, and I think there are some

12  explanation there that -- or could be qualified as

13  something that is related to anti-psychotic, some fine

14  tremor could be still there that are not caused by anti-

15  psychotic but we are looking for movement disorder that

16  are particularly specific for anti-psychotic medications

17  that they could worsen.

18        MS. BRUNNER:  Okay.  Let's mark this next

19  exhibit as Exhibit No. 45.

20        (Exhibit 45 was marked.)

21        MS. BRUNNER:  And for counsel, it's COSB00697

22  and it goes through COSB00702, and this purports to be a

23  psychiatric evaluation completed by you, Dr. Azizi, on

24  William Schell Morton on January 28th, 2019, at West

25  Valley Detention Center.  Once that's brought up,



DR. HAFIZULLAH AZIZI
MORTON V. SAN BERNARDINO

August 07, 2024
84

1  BY MS. BRUNNER:

2      Q.   Dr. Azizi.

3      A.   That's not what the question was.  You asked

4  me if anybody could check that box.  Not anybody could

5  do a psychiatric evaluation.  Psychiatric evaluation is

6  for a psychiatrist, that's why it's called "Psychiatric

7  Evaluation."

8      Q.   Thank you.

9           Now, looking at the section that is marked

10 "Follow-up," there is nothing marked here.  Do you have

11 an understanding or could you tell me why nothing is

12 marked here for a follow-up?

13     A.   Because it's probably written somewhere else.

14     Q.   Where would that be written, Dr. Azizi?

15     A.   In that chart, and then also we do sick calls,

16 and that particular chart follow-up, that is not the

17 link for the system itself that would generate a

18 follow-up, so we have to schedule an appointment

19 physically, that's what we usually do, at least back

20 then.

21          I don't know how they do it now, but that

22 follow-up, when you see six-month, three-month,

23 two-month or other, those are not directly linked to

24 scheduling and appointments, so we schedule an

25 appointment for each patient when we see them, a



```
 1   follow-up appointment.

 2        Q.   Dr. Azizi, I'm so confused.  So there is a

 3   section here for follow-up and there is boxes that you

 4   could have checked but you did not check.  Do you have

 5   any reason as to why you didn't check those boxes?

 6        A.   Because I scheduled the follow-up appointment

 7   for him, that's why.

 8        Q.   When was that follow-up appointment scheduled

 9   for?

10        A.   Usually in certain -- in these situation, it's

11   a week after we see them.

12        Q.   Did you review the records of Mr. Morton and

13   note that he did not get seen by a psychiatrist a week

14   later?

15             MR. KIEFER:  Objection, assumes facts not in

16   evidence, incomplete hypothetical, argumentative.

17   BY MS. BRUNNER:

18        Q.   Dr. Azizi.

19        A.   Again, if want to know what my role was with

20   this patient, I would be willing to go in detail how I

21   ended up seeing him and how many times.

22        Q.   So your testimony is that you wanted

23   Mr. Morton to follow up with a psychiatrist in one week;

24   is that correct?

25        A.   Right.
```



DR. HAFIZULLAH AZIZI
MORTON V. SAN BERNARDINO

August 07, 2024
133

```
 1  STATE OF CALIFORNIA          )
                                 )  ss.
 2  COUNTY OF SAN BERNARDINO     )

 3

 4          I, MARIE WILSON, CSR 13480, a Certified

 5  Shorthand Reporter in and for the State of California,

 6  County of San Bernardino, do hereby certify:

 7          That DR. HAFIZULLAH AZIZI, the witness named

 8  in the foregoing deposition, before the commencement of

 9  the deposition, was duly administered an oath in

10  accordance with CCP 2094;

11          That said deposition was taken down in

12  stenograph writing by me and thereafter transcribed into

13  typewriting under my direction.

14          I further certify that I am neither related to

15  any party to said action, nor in any way interested,

16  financially or otherwise, in the outcome thereof.

17

18          Dated this 8th day of August, 2024.

19

20

21
                    

22              MARIE WILSON, CSR NO. 13480

23

24

25
```