LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997; Fax: (760) 843-8155

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850; Fax: (760) 952-1085
Attorneys for William Schell Morton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM SCHELL MORTON<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY KABLUYEN, DEPUTY PETERS, SERGEANT JIM EVANS, and DOES 1-10, inclusive<br><br>Defendants | Case No. 5:21-cv-00052-JGB-SHK<br><br>*[Hon. Jesus G. Bernal]*<br><br>PLAINTIFF'S SEPARATE STATEMENT OF CONTROVERTED FACTS AND ADDITIONAL UNCONTROVERTED MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT.<br><br>[Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgement; Declaration of James Terrell(with Exhibits);Proposed Order; *filed concurrently herewith*] |
|---|---|

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

1

| Df's SUF NO. | FACT | SUPPORTING EVIDENCE | Plaintiff's Response |
|---|---|---|---|
| 1 | It is alleged that "on January 22, 2019, Defendant KIRKENDALL recommended that WILLIAM have a 're-evaluation with a psychiatrist' (despite WILLIAM never having been evaluated by a psychiatrist until January 28, 2019." | Plaintiff's Second Amended Complaint ("SAC"), para. 40, Document 29 filed 02/27/23; Judicial Notice is Requested pursuant to Federal Rule of Evidence 201. | 1 Undisputed  Plaintiff request to correct some dates by Amending Complaint. |
| 2 | It is alleged that "KIRKENDALL never took any steps to ensure that WILLIAM had an evaluation with a psychiatrist." | Plaintiff's SAC, para. 40, Document 29 filed 02/27/23; Judicial Notice is Requested pursuant to Federal Rule of Evidence 201. | 2 Undisputed |
| 3 | It is alleged that "on January 21, 2019 WILLIAM did cartwheels, while on suicide watch into the toilet striking his head and causing deformity to inmate (sic) to his face and great toe. WILLIAM did this three times." | Plaintiff's SAC, para. 116, Document 29 filed 02/27/23; Judicial Notice is Requested pursuant to Federal Rule of Evidence 201. | 3 Undisputed |

| | | | |
|---|---|---|---|
| 4 | **It is alleged that "on January 21, 2019, that …KIRKENDALL…and HAFIZULLAH (sic) knew or watched as WILLIAM do (sic) three cartwheels striking his head and upper body in the toilet."** | Plaintiff's SAC, para. 128, Document 29 filed 02/27/23; Judicial Notice is Requested pursuant to Federal Rule of Evidence 201. | 4 Undisputed |
| 5 | It is alleged that "on February 7, 2019…WILLIAM was discovered bloodied, and his eyes gouged out resulting in the total blindness in one eye and serious injury to the other eye." | Plaintiff's SAC, para. 128, Document 29 filed 02/27/23; Judicial Notice is Requested pursuant to Federal Rule of Evidence 201. | 5 Undisputed |
| 6 | It is alleged that "KIRKENDALL…and HAFIZULLAH (sic)…failed to monitor WILLIAM who exhibited serious and disturbing behaviors…failed to follow established policies and procedures including daily psychiatric visits as required per policy; the assembly of a multidisciplinary | Plaintiff's SAC, para. 132, Document 29 filed 02/27/23; Judicial Notice is Requested pursuant to Federal Rule of Evidence 201. | 6 Undisputed |

| | | | |
|---|---|---|---|
| | mental health team when WILLIAM refused medications; staggered 15-minute observations and the failure to provide constant observation which WILLIAM required." | | |
| 7 | Kirkendall did not recommend any "re-evaluation" by a psychiatrist, under some misguided belief that he had already been seen by a psychiatrist. Rather, she saw him on January 21, 2019 to perform "a 7 day follow up" after Morton's release by others from suicide watch. | Exhibit A - Kirkendall Deposition at 40:18-41:24 and Exhibit 55 thereto; Exhibit B - County of San Bernardino Document Production, COSB00709-00713, at COSB00710 (mid-page) and COSB00517-00520 (Kiefer Dec. ¶2, ¶3) | 7 Undisputed |
| 8 | While Morton told her that "he saw the psychiatrist" already, she discovered "(in Psych notes, IM did not see the psychiatrist, he refused his appt on 1/20/19." | Exhibit A - Kirkendall Deposition at 58:6-59:2 and Exhibit 55 thereto; Exhibit B - County of San Bernardino Document Production. COSB00517-00520 at COSB519 (mid-page) (Kiefer Dec. ¶2, ¶3) | 8 Undisputed |
| 9 | When she made her chart note on January 21, 2019 about Morton, Kirkendall knew that | Exhibit A - Kirkendall Deposition at 7:10-12; 69:18-69:2 (Kiefer Dec. ¶2) | 9 Undisputed |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT
4

|    |    |    |    |
|----|----|----|----|
|    | Morton had a February appointment to see a psychiatrist (she could not recall at deposition the exact date in February, 2019). |    |    |
| 10 | Morton's sick call log shows that he was scheduled to see a psychiatrist on February 4, 2019. | Exhibit B - County of San Bernardino Document Production, COSB00119-00120 (Kiefer Dec. ¶3) | 10 Undisputed |
| 11 | The "re-evaluation" by a psychiatrist was not written by her; it appears instead as boilerplate in the Mental Health Treatment Plan she prepared on January 22, 2019, as a form of "Intervention" had she checked the box "Abnormal Rate of Thinking" above it. | Exhibit A – Exhibit 56 to Kirkendall Deposition, at 63:6-11; Exhibit B - County of San Bernardino Document Production, COSB00709-00713 at COSB710 (mid-page) (Kiefer Dec. ¶2, ¶3) | 11 Undisputed |
| 12 | Neither Kirkendall nor Azizi saw the toilet-striking incident as it did not happen on January 21, 2019 as alleged but on February 3, 2019 as charted. | Exhibit B - County of San Bernardino Document Production, COSB00642-00643 (Kiefer Dec. ¶3) | 12 Undisputed |
| 13 | Kirkendall's last encounter with Morton was on January 25, 2019. | Exhibit A – Exhibit 0137 (sic) to Kirkendall Deposition, at 63:13-15 and 64:17-25; Exhibit B - County | 13 Undisputed |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

5

| | | | |
|---|---|---|---|
| | | of San Bernardino Document Production, COSB00137 (Kiefer Dec. ¶2, ¶3) | |
| 14 | Azizi's last encounter with Morton (before the eye gouging incident of February 7, 2019) was on January 28, 2019. | Exhibit C – Exhibit 45 to Azizi Deposition, at 71:18-72:13 and 72:10-73:20; Exhibit B – County of San Bernardino Document Production, COSB00697-00702 (Kiefer Dec. ¶3, ¶4) | 14 Undisputed |
| 15 | Azizi performed a Psychiatric Evaluation of Morton in a safety cell on January 28, 2019, following a report that Morton "was reportedly banging his head" the day before, January 27, 2019. | Exhibit C – Exhibit 45 to Azizi Deposition, at 71:18-72:13, 72:10-73:20 and 77:18-25; Exhibit B – County of San Bernardino Document Production, COSB00697-00702 (Kiefer Dec. ¶3, ¶4) | 15 Undisputed |
| 16 | There is no other evidence that Azizi was ever made aware of any other self-harming act of Morton as of January 28, 2019. | **Exhibit C – Exhibit 45 to Azizi Deposition, at 71:18-72:13, 72:10-73:20 and 77:18-25; Exhibit B – County of San Bernardino Document Production, COSB00697-00702 (Kiefer Dec. ¶3, ¶4)** | **16 Undisputed** |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

6

| 17 | Azizi prescribed FluPHENAZine HCL Oral (aka Proxilin) and QUEtiapine Fumarate Oral (aka Seroquel), anti-psychotic medications. | Exhibit C – Deposition of Azizi at 97:12-15; 97:12-98:1; Exhibit B – County of San Bernardino Document Production, COSB00697-00702 at COSB0701. (Kiefer Dec. ¶3, ¶4) | 17 Undisputed |
|---|---|---|---|
| 18 | There is no evidence that AZIZI was ever advised of any instances of Morton refusing to take his medications (at any time) after January 28, 2019 and before February 7, 2019. | Exhibit C – Deposition of Azizi at 99:7-18. (Kiefer Dec. ¶4) | 18 Undisputed |
| 19 | Azizi worked part time and was not assigned to fill any role as a recurring mental health care provider to Morton at any time prior to February 7, 2019. | Exhibit C – Deposition of Azizi at 99:7-18; 58:7-14; 126:23-127:9; 1127:19-25; 85:22-86:7. (Kiefer Dec. ¶4) | 19 Undisputed |