SHARON J. BRUNNER, ESQ. (CSBN: 229931)
LAW OFFICE OF SHARON J. BRUNNER
email: sharonjbrunner@yahoo.com
14393 Park avenue, Suite 100
Victorville, CA  92392
(760) 243-9997 – Telephone
(909) 843-8155 – Facsimile

JAMES S. TERRELL, ESQ. (CSBN: 170409)
LAW OFFICE OF JAMES S. TERRELL
15411 Anacapa Road
Victorville, CA  92392
(760) 951-5850 – Telephone
(760) 952-1085 – Facsimile

Attorneys for Plaintiff

[Counsel continued on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHELL MORTON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; et al.<br><br>Defendants. | Case No. 5:21-cv-0052-JGB (SHKx)<br>Hon. Jesus G. Bernal<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON PENDING SUMMARY-JUDGMENT MOTIONS TO PERMIT TIME TO CONSIDER MEDIATOR'S PROPOSAL**<br><br>[Proposed Order lodged concurrently herewith] |

4884-0761-4448.1

1  DANIEL S. ROBERTS, Bar No. 205535
   droberts@colehuber.com
2  NICOLE R. ROGGEVEEN, Bar No. 252587
   nroggeveen@colehuber.com
3  JEREMIAH D. JOHNSON, Bar No. 293200
   jjohnson@colehuber.com
4  COLE HUBER LLP
   2855 E. Guasti Rd., Suite 402
5  Ontario, California 91761
   Telephone:   (909) 230-4209
6  Facsimile:   (909) 937-2034

7  Attorneys for Defendants
   County of San Bernardino, Deputy Jarred
8  Kabluyen, Deputy Kayla Peters, Remus
   Dilig, and Emily Newton
9
   MARK L. KIEFER, ESQ. Bar No. 116633
10 mkiefer@tysonmendes.com
   TYSON & MENDES LLP
11 515 South Flower St., 18th Floor
   Los Angeles, CA  90071
12 Telephone: (213) 745-8600
   Facsimile: (213) 745-8604
13
   Attorneys for Defendants
14 Ely Kirkendall and Hafizullah Azizi

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4884-0761-4448.1                         2

## JOINT STIPULATION AND REQUEST

Plaintiff William Schell Morton, Defendants County of San Bernardino, Jarred Kabluyen, Kayla Peters, Remus Dilig, and Emily Newton (collectively the "County Defendants"), and Defendants Ely Kirkendall and Dr. Hafizullah Azizi, by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. On September 30, 2024, the County Defendants filed their motion for summary judgment (Doc. No. 55), noticing the motion for hearing on November 4, 2024.

2. On October 3, 2024, Defendants Azizi and Kirkendall filed their own motion for summary judgment (Doc. No. 57), also noticing the motion for hearing on November 4, 2024.

3. On October 14, 2024, all parties participated in mediation with Richard Copeland pursuant to the Court's attorney settlement officer program. The parties negotiated in good faith for several hours. While they did not reach a final settlement at that time, all parties did agree to entertain a mediator's proposal in the hope of reaching an agreed resolution of this case. On October 16, 2024 the mediator sent his proposal to all counsel.

4. Any settlement of this matter involving the County Defendants requires authorization of the County Board of Supervisors. The first available date on which the County Board of Supervisors is available to consider the mediator's proposal is Tuesday, November 19, 2024. Therefore, the deadline for all parties to respond to the mediator's proposal is noon on Wednesday, November 20, 2024.

5. Neither group of Defendants agrees to give up their right to seek summary judgment in the event that this case does not settle. At the same time, however, all parties recognize that if the Court rules on the pending summary-judgment motions prior to the deadline to respond to the mediator's proposal, such ruling will spoil any chance of all parties agreeing to the proposal because whoever

4884-0761-4448.1

prevails on the motions will reject the compromise proposed by the mediator. The uncertainty of whether this case will be resolved by summary judgment or will instead need to be tried to a jury is a material factor for all parties in evaluating the mediator's proposed settlement.

6. Accordingly, the parties desire to postpone the hearing on both summary-judgment motions until after the deadline to respond to the mediator's proposal. If at that point the case is resolved, the parties of course will promptly notify the Court and the motions can be taken off calendar. If, on the other hand, the case is not resolved, the motions can go forward on their respective merits.

7. The parties therefore jointly request the Court continue the hearing on both pending motions for summary judgment from the current November 4, 2024 hearing date to November 25th (which is the first motion date after the November 20th deadline for all parties to respond to the mediator's proposal).

8. The parties do not request a continuance of the final pretrial conference or the trial date, currently set for January 13 and February 4, 2025, respectively.

**SO STIPULATED AND JOINTLY REQUESTED.**

Dated:  October 17, 2024

LAW OFFICE OF SHARON J. BRUNNER
LAW OFFICE OF JAMES S. TERRELL

By: /s/ Sharon J. Brunner
    /s/ James S. Terrell
Sharon J. Brunner
James S. Terrell
Attorneys for Plaintiff

[SIGNATURES CONTINUE ON NEXT PAGE]

| | | |
|---|---|---|
| Dated: October 17, 2024 | | COLE HUBER LLP |

By: _____/s/ Daniel S. Roberts*_____
Daniel S. Roberts
Nicole R. Roggeveen
Jeremiah D. Johnson
Attorneys for County Defendants

Dated: October 16, 2024        TYSON & MENDES, LLP

By: _____/s/ Mark L. Kiefer_____
Mark L. Kiefer
Attorneys for Defendants
Hafizullah Azizi and Ely Kirkendall

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4884-0761-4448.1                                  3