1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| WILLIAM SCHELL MORTON, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; et al., <br><br> Defendants. | Case No. 5:21-cv-0052-JGB (SHKx) <br> Hon. Jesus G. Bernal <br><br> **[Proposed]** <br> **ORDER APPROVING JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON PENDING SUMMARY-JUDGMENT MOTIONS TO PERMIT TIME TO CONSIDER MEDIATOR'S PROPOSAL** |

17      Good cause having been shown, the Parties' Joint Stipulation and Request to

18  continue the hearing on both groups of Defendants' summary-judgment motions

19  (Docket Nos. 55 and 57) from November 4, 2024 to November 25, 2024 is

20  APPROVED.

21      The dates of the final pretrial conference and jury trial (January 13, 2025 and

22  February 4, 2025) are not altered by this Order and remain set for those dates.

23      IT IS SO ORDERED.

24  Dated: _____

25
26                                      _____
                                        Hon. Jesus G. Bernal
27                                      UNITED STATES DISTRICT JUDGE
28

4867-2185-1121.1