1  MARK L. KIEFER, STATE BAR #116633
   mkiefer@tysonmendes.com
2  TYSON & MENDES LLP
   515 South Flower Street, 18th Floor
3  Los Angeles, CA 90071
   Telephone: 213.745.8600/Facsimile: 213.745.8604
4
5  Attorneys for Defendants
   ELY KIRKENDALL and AZIZI HAFIZULLAH

UNITED STATES DISRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM SCHELL MORTON, | Case No. 5:21-cv-00052-JGB (SHKx) |
|---|---|
| Plaintiff, | Assigned to: Hon. Jesus G. Bernal<br>Courtroom 1 |
| v. | **DECLARATION OF MARK L. KIEFER IN SUPPORT OF REPLY TO OPPOSTION TO MOTION FOR SUMMARY JUDGMENT/ SUMMARY ADJUDICATION BY ELY KIRKENDALL AND HAFIZULLAH AZIZI** |
| COUNTY OF SAN BERNARDINO; DEPUTY KABLUYEN; DEPUTY PETERS; SERGEANT JIM EVANS; AND DOES 1-10, INCLUSIVE, | |
| Defendants. | [Filed concurrently herewith:<br>(1) Defendants' Reply to the Plaintiff's Opposition to Defendants' Motion for Summary Judgment |
| | DATE: November 4, 2024<br>DEPT: Riverside, Courtroom 1<br>TIME: 9:00 a.m. |

-1-

DECLARATION OF MARK L. KIEFER IN SUPPORT OF REPLY TO OPPOSITION TO MOTION AND MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF MARK L. KIEFER

I, MARK L. KIEFER, declare:

1. I am an attorney at law licensed to practice law in the United States District Court for the Central District of California, and am a partner Tyson and Mendes, LLP, counsel of record for Defendants **ELY KIRKENDALL and HAFIZULLAH AZIZI** (the correct spelling of his name; he has been erroneously named and served herein at AZIZI HAFIZULLAH and has appeared as so named; it is respectfully requested that any and all changes to the Court record be made thereto).

2. Attached hereto as Exhibit "A" are true and correct, relevant pages 103, line 20 to page 104, line 2 from Dr. Azizi's deposition transcript.

3. Attached hereto as Exhibit "B" is true and correct Exhibit #47 to Azizi's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of October 21, 2024, at Los Angeles, California.

_____
MARK L. KIEFER, ESQ.

# EXHIBIT A

1      MR. KIEFER:  Join.
2          Now -- wait a minute, I'm sorry, I have one
3  other objection, it may call for an expert opinion
4  because you are now asking him about his concerns today
5  reading a document he hasn't seen before, and you are
6  not asking him whether it was a concern he formed at the
7  time of the treatment of this patient.
8          So you're asking him an expert witness
9  question, which is improper under County of L.A. vs.
10 Superior Court (1990) case, 224 Cal. App 3rd 1446, so
11 unless you limit your question to whether he had a
12 concern at the time, whether it was a foundation,
13 whether he was notified and whether he had a concern
14 formed at that time, you're asking him to now act as an
15 expert witness, and under the authority of that case, I
16 would instruct him not to answer this question because
17 you're using him as an expert witness against himself or
18 others.
19     MS. BRUNNER:  I'll withdraw the question.
20 Q.  Dr. Azizi, did you -- were you ever notified
21 after January 28th of 2019 that Mr. Morton was refusing
22 medication that you had prescribed?
23 A.  So I want to go back to the fact that I was
24 asked to evaluate the patient as an emergent or urgent
25 consult, which I don't exactly remember which one was



1  that, and that was my interaction with him, so it was
2  not my assigned patient.
3      Q.   Right, Dr. Azizi but the medication that you
4  personally prescribed, you would not be notified as the
5  psychiatrist who prescribed that medication that the
6  patient was refusing it?
7      A.   There is --
8           MR. KIEFER:  Mischaracterizes -- I'm sorry,
9  mischaracterizes prior testimony.
10          Doctor, I may need a minute just to run the
11 question through my head again before I object, so
12 you've got to give me a little bit longer.
13          Did the court reporter get my objections on
14 the record?
15          THE REPORTER:  Yes, I did.
16          MR. KIEFER:  Which was mischaracterizes prior
17 testimony.  Okay.
18 BY MS. BRUNNER:
19     Q.   Dr. Azizi, do you remember the question?
20     A.   Could you please -- sorry, could you please
21 repeat it?
22     Q.   Sure.  My question is this, so as the
23 psychiatrist that prescribes certain medication to
24 Mr. Morton, if Mr. Morton did not take that medication,
25 refused it, was there a policy in place at that time



# EXHIBIT B



San Bernardino County SD
655 East Third Street
San Bernardino, CA 92415

**PLAINTIFF'S EXHIBIT 47**
**H. AZIZI**
**8/7/2024**

4/20/2024 10:26:05 AM PDT

## Sick Calls - MORTON, WILLIAM 1901370377

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| RN Sick Call | 2/6/2019 | S/P HOSP RETURN : LACERATION : right eye brow, mid forehead and on left foot toe | 3/22/2019 |
| Medical Provider | 3/21/2019 | F/U TRAUMA TO LT EYE | 3/22/2019 |
| RN Sick Call | 2/1/2019 | MDSC - ARMC RETURN, abrasions, forehead lac | 3/21/2019 |
| Medical Provider | 3/19/2019 | HOSPITAL RETURN - ENUCLEATION OF EYE | 3/21/2019 |
| Clinical Therapist | 3/21/2019 | 24 hour SW F/U: **** APPOINTMENT CANCELLED ON RELEASE **** | |
| Medical Chart Review | 3/19/2019 | DISCHARGE SUMMARY INTERNAL MEDICINE REPORT (DRAFT) AND OPTHALMOLOGY INPATIENT CONSULTATION | 3/20/2019 |
| Mental Health Psychiatrist | 3/19/2019 | f/u - assesment | 3/19/2019 |
| Clinical Therapist | 2/11/2019 | 28 day SW F/U Cancelled by mhayes on 2/25/2019 Reason: Pt was admitted back to suicide watch | 2/25/2019 |
| Medical Chart Review | 2/9/2019 | neuro check Cancelled by jhaga on 2/11/2019 Reason: admitted | 2/11/2019 |
| Clinical Therapist | 2/7/2019 | Crisis Call | 2/7/2019 |
| Medical Chart Review | 2/5/2019 | MDRC - NEURO Cancelled by ruykimpang on 2/5/2019 Reason: ERROR. | 2/5/2019 |
| Mental Health RN | 1/27/2019 | Other: SW assessment | 1/30/2019 |
| Mental Health Psychiatrist | 1/28/2019 | Other: Self-harm, banging head, extremely psychotic | 1/28/2019 |
| Mental Health Psychiatrist | 2/4/2019 | Refused eval on 1/20/19 Cancelled by sspendlove on 1/28/2019 Reason: duplicate | 1/28/2019 |
| Mental Health Psychiatrist | 1/27/2019 | Psych Eval Cancelled by sspendlove on 1/22/2019 Reason: duplicate | 1/22/2019 |
| Clinical Therapist | 1/18/2019 | MH Eval | 1/21/2019 |
| Clinical Therapist | 1/21/2019 | 7 day SW F/U | 1/21/2019 |
| Mental Health Psychiatrist | 1/14/2019 | Psych Eval Refused by WILLIAM MORTON on 1/21/2019. | 1/20/2019 |
| Clinical Therapist | 1/15/2019 | 24 hour SW F/U | 1/15/2019 |
| Clinical Therapist | 1/14/2019 | Other: sw release | 1/14/2019 |
| Case Manager | 1/14/2019 | Other: CRP Cancelled by bkelly on 1/14/2019 Reason: ERROR | 1/14/2019 |
| Clinical Therapist | 1/11/2019 | SMI, TAKING SEROQUEL Cancelled by plozada on 1/12/2019 Reason: Duplicate | 1/11/2019 |
| Clinical Therapist | 1/13/2019 | Mental Health Evaluation Cancelled by plozada on 1/12/2019 Reason: Duplicate | 1/11/2019 |
| Mental Health RN | 1/11/2019 | Housing GAF | 1/11/2019 |

MORTON, WILLIAM SCHELL (1901370377)

EXHIBIT 47

COSB00119

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Provider | 1/11/2019 | Abnormal Vital/Reading: Pulse: 120 Cancelled by mcoruna on 1/11/2019 Reason: RE SCHED | 1/11/2019 |

MORTON, WILLIAM SCHELL (1901370377)　　　　　　　　　　COSB00120

# PROOF OF SERVICE

I, the undersigned, declare that I am at least 18 years old and not a party to the within action or proceeding. I am employed in and am a resident of Fresno County where the mailing occurs; and my business address is TYSON & MENDES; 5786 L Jolla Boulevard, La Jolla, California.

On October 21, 2024, I caused to be served the following document(s):

**DECLARATION OF MARK L. KIEFER IN SUPPORT OF REPLY TO OPPOSTION TO MOTION FOR SUMMARY JUDGMENT/ SUMMARY ADJUDICATION BY ELY KIRKENDALL AND HAFIZULLAH AZIZI**

on the interested parties in this action through the following service method:

*(See attached "Service List" for list of recipients)*

☒ **BY ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from email address ainzunza@TysonMendes.com to the persons at the email addresses listed in the Service List. This electronic service is sent to the email addresses obtained in compliance with Code of Civil Procedure §§ 1010.6(2)(A)(ii), 1010.6(e)(1), and California Rules of the Court 2.251, wherein our notice was provided on or about **[DATE CONSENT FOR E-SERVICE WAS TRANSMITTED]**. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. As such, service has been completed only by emailing the document(s) to the person(s) at the email address(es) listed in the Service List. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission of the document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 21, 2024, at La Jolla, California.

_____
Alma Inzunza

# SERVICE LIST

<u>William Schell Morton v. County of San Bernadino, et al.</u>

United States District Court Central District, Case No.: 5:21-cv-00052-JGB (SHKx)

| | |
|---|---|
| Sharon J. Brunner<br>Law Offices of Sharon J. Brunner<br>14393 Park Avenue, Suite 100<br>Victorville, CA 92392<br>Tel: (760) 243-9997<br>E-Mail: sharonjbrunner@yahoo.com | Attorneys for Plaintiff, WILLIAM SCHELL MORTON |
| James S. Terrell, Esq.<br>Law Offices of James Terrell<br>15411 Anacapa Road<br>Victorville, CA 92392<br>Telephone : 760-561-2699<br>Facsimile: 760-952-1085<br>E-Mail: jim@talktoterrell.com | Attorneys for Plaintiff, WILLIAM SCHELL MORTON |
| Daniel S. Roberts, Esq.   Jeremiah Johnson, Esq.<br>Nicole Rene Roggenveen<br>Cole Huber, LLP<br>2855 E. Guasti Road, Suite 402<br>Ontario, CA 91761<br>Telephone: 909-230-4209<br>Facsimile:  909-937-2034<br>E-Mail: droberts@colehuber.com<br>Jjohnson@colehuber.com<br>DLENZ@COLEHUBER.COM | Attorney for Defendant,<br>SAN BERNARDINO COUNTY, DEPUTY JARRED KABLUYEN, DEPUTY KAYLA PETERS, REMUS DILIG, and EMILY NEWTON |

-2-

PROOF OF SERVICE