UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHELL MORTON,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO; et al.,<br><br>    Defendants. | Case No. 5:21-cv-0052-JGB (SHKx)<br>Hon. Jesus G. Bernal<br><br>**ORDER APPROVING JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON PENDING SUMMARY-JUDGMENT MOTIONS TO PERMIT TIME TO CONSIDER MEDIATOR'S PROPOSAL** |

Good cause having been shown, the Parties' Joint Stipulation and Request to continue the hearing on both groups of Defendants' summary-judgment motions (Docket Nos. 55 and 57) from November 4, 2024 to November 25, 2024, at 9:00 a.m., is **APPROVED**.

The dates of the final pretrial conference and jury trial (January 13, 2025 and February 4, 2025) are not altered by this Order and remain set for those dates.

IT IS SO ORDERED.

Dated:  October 22, 2024

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE