SHARON J. BRUNNER, ESQ. (CSBN: 229931)
LAW OFFICE OF SHARON J. BRUNNER
email: sharonjbrunner@yahoo.com
14393 Park avenue, Suite 100
Victorville, CA  92392
(760) 243-9997 – Telephone
(909) 843-8155 – Facsimile

JAMES S. TERRELL, ESQ. (CSBN: 170409)
LAW OFFICE OF JAMES S. TERRELL
15411 Anacapa Road
Victorville, CA  92392
(760) 951-5850 – Telephone
(760) 952-1085 – Facsimile

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, Bar No. 144074
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel. (818) 347-3333 | Fax: (818) 347-4118

Attorneys for Plaintiff

[Counsel continued on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM SCHELL MORTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; et al.<br><br>    Defendants. | Case No. 5:21-cv-0052-JGB (SHKx)<br>Hon. Jesus G. Bernal<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:    February 4, 2025<br>FPTC:          January 13, 2025 |

4866-5840-3069.2

| | |
|---|---|
| 1 | DANIEL S. ROBERTS, Bar No. 205535 |
|  | droberts@colehuber.com |
| 2 | NICOLE R. ROGGEVEEN, Bar No. 252587 |
|  | nroggeveen@colehuber.com |
| 3 | JEREMIAH D. JOHNSON, Bar No. 293200 |
|  | jjohnson@colehuber.com |
| 4 | COLE HUBER LLP |
|  | 2855 E. Guasti Rd., Suite 402 |
| 5 | Ontario, California 91761 |
|  | Telephone:  (909) 230-4209 |
| 6 | Facsimile:   (909) 937-2034 |

Attorneys for Defendants
County of San Bernardino, Deputy Jarred Kabluyen, Deputy Kayla Peters, Remus Dilig, and Emily Newton

MARK L. KIEFER, ESQ. Bar No. 116633
mkiefer@tysonmendes.com
TYSON & MENDES LLP
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Telephone: (213) 745-8600
Facsimile: (213) 745-8604

Attorneys for Defendants
Ely Kirkendall and Hafizullah Azizi

4866-5840-3069.2

2

# NOTICE OF SETTLEMENT

Pursuant to Local Rule 16-15.7, the parties to the above-captioned matter, by and through their respective undersigned counsel of record, hereby report that they have reached a complete settlement of this dispute. The parties are in the process of memorializing the terms of the settlement, after which they will file a Stipulation for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 9, 2025          LAW OFFICE OF SHARON J. BRUNNER
                                LAW OFFICE OF JAMES S. TERRELL
                                LAW OFFICES OF DALE K. GALIPO


                                By:   /s/ James S. Terrell
                                      Sharon J. Brunner
                                      James S. Terrell
                                      Dale K. Galipo
                                      Attorneys for Plaintiff

Dated: January 10, 2025         COLE HUBER LLP


                                By:   /s/ Daniel S. Roberts*
                                      Daniel S. Roberts
                                      Jeremiah D. Johnson
                                      Attorneys for County Defendants

Dated: January 10, 2025         TYSON & MENDES, LLP


                                By:   /s/ Mark. L. Kiefer
                                      Mark L. Kiefer
                                      Attorneys for Defendants
                                      Hafizullah Azizi and Ely Kirkendall

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4866-5840-3069.2